

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2017

No. 04-17-00119-CR

Jasmine **SIMMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10245
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The State's Motion for Extension of Time is hereby GRANTED.


_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2017.

_KEITH E. HOTTLE,_
Clerk of Court